

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-35,535-03

### IN RE GEORGE RAY HOLMES, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2016-0201-A IN THE 159TH DISTRICT COURT
### FROM ANGELINA COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 159th District Court of Angelina County and that more than 180 days have passed since the date the State received the application, so the application has not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Angelina County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an application for a writ of habeas corpus in Angelina County. This application for leave to file a writ

of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.

Such response shall be submitted within 30 days of the date of this order.

Filed: October 2, 2019
Do not publish